
08 CIV 10254

United States District Court
For the Southern District of New York

Patrick C. English, Esq. (PCE 7898)
**DINES AND ENGLISH, L.L.C.**
685 Van Houten Avenue
Clifton, New Jersey 07013
(973) 778-7575
Attorney for Plaintiff, New Jersey Sports Productions, Inc.



---

| | |
|---|---|
| **NEW JERSEY SPORTS PRODUCTIONS, INC** d/b/a **MAIN EVENTS** : | Civil Action No. |
| Plaintiff, : | |
| v. : | **RULE 7.1** |
| : | **DISCLOSURE STATEMENT** |
| **PANOS ELIADES, PANIX PROMOTIONS, LTD., PANIX OF THE U.S., INC., BANNER PROMOTIONS, INC., DON KING PRODUCTIONS, INC. AND JOHN DOES 1-5** : | |
| Defendants. : | |

---

1) New Jersey Sports Productions, Inc., d/b/a Main Events, is not a publicly held corporation or other publicly held entity.

2) New Jersey Sports Productions, Inc. does not have any parent corporations.

3) New Jersey Sports Productions, Inc. does not own 10% or more of stock owned by a publicly held entity.

4) There is no other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation.

5)   New Jersey Sports Productions, Inc. is not a trade association.

                                        **DINES AND ENGLISH, L.L.C.**

BY: _____
       JASON M. SANTARCANGELO
       Attorney for Plaintiff
       New Jersey Sports Productions, Inc.,
       d/b/a Main Events

Date: November 21, 2008