United States District Court
For the Southern District of New York

Patrick C. English, Esq. (PCE 7898)
**DINES AND ENGLISH, L.L.C.**
685 Van Houten Avenue
Clifton, New Jersey 07013
(973) 778-7575
Attorney for Plaintiff, New Jersey Sports Productions, Inc.

| | |
|---|---|
| **NEW JERSEY SPORTS PRODUCTIONS, INC** d/b/a **MAIN EVENTS** : <br><br> **Plaintiff,** : <br><br> v. : <br><br> **PANOS ELIADES; PANIX PROMOTIONS, LTD.; PANIX OF THE U.S., INC.; BANNER** : <br> **PROMOTIONS, INC.; AN UNNAMED** <br> **PARTNERSHIP BETWEEN BANNER** : <br> **PROMOTIONS, INC. AND PANIX** <br> **PROMOTIONS, LTD. AND/OR PANIX OF** : <br> **THE U.S., INC.; DON KING PRODUCTIONS,** <br> **INC.; AND JOHN DOES 1-5** : <br><br> **Defendants.** : | Civil Action No. 08-CIV-10254 <br><br><br><br><br> **CERTIFICATE OF SERVICE** |

**PATRICK C. ENGLISH**, of full age and upon his oath certifies:

1) I am an attorney at law admitted to this Court and a member of Dines and English, L.L.C., attorneys for New Jersey Sports Productions, Inc., d/b/a Main Events.

2) On March 16, 2009, the undersigned caused to be served upon Panos Eliades and upon Baker Tilly International, as Receiver, at the address listed below, the Consent Order and Settlement Agreement, executed by the Honorable Harold Baer, Jr., USDJ on March 16, 2009. Pursuant to Paragraph 1 of that Order service was made via facsimile and Federal Express.

Panos Eliades
Albany House
18 Theydon Road
London, England E5 9NZ

Nema Patney
Baker Tilly International
5 Old Bailey
London, England EC4M 7AF

I certify under penalty of perjury that the foregoing is true and accurate. Executed on March 16, 2009.

PATRICK C. ENGLISH